IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

RE:   Jordan Poulos                               )   CASE NO. 18-16352
                                                  )   Judge Pamela S. Hollis

## AGREED DEFAULT ORDER

THIS CAUSE COMING TO BE HEARD on the Motion of U.S. Bank National Association, the mortgagee on the property located at 2477 Claridge Lane, Montgomery, Il 60538, the Court having jurisdiction and being duly advised in the premises, and due notice having been given to the parties entitled thereto;

1. Commencing with the August 2019 post-petition mortgage payment and continuing thereafter, if the Debtor fails to make the payment by the due date, thereby accruing a two month post-petition mortgage payment default, then the Stay and Co-Debtor Stay shall automatically Modify to U.S. Bank National Association without further Court Order, if upon notice to the Debtor, Co-Debtor and the Debtor's attorney, the complained of default is not fully cured and proof of cure received by U.S. Bank National Association, Attn: Payment Processing, 4801 Frederica Street, Owensboro, Kentucky 42301, within 14 days from the date notice is sent.

2. If the Stay and Co-Debtor Stay are Modified to U.S. Bank National Association, or its successors and assigns, as outlined in this Order, counsel for the mortgage company shall give notice to the Debtor, the Co-Debtor, the Debtor's attorney, and the Trustee and file said notice with the Court.

3. In the event that U.S. Bank National Association should have to send out any Notices of Default under this Order, the Debtor shall pay an extra $100.00 per Notice in certified funds to U.S. Bank National Association in addition to whatever funds are needed to cure the default cited in the Notice. These $100.00 payments constitute attorney's fees and must be paid within the same 14-day cure period listed in paragraph 4 of this Order or Stay shall Modify.

Dated: _____     Entered: _____
                                 Bankruptcy Judge Pamela S. Hollis

MCCALLA RAYMER LEIBERT PIERCE, LLC
Attorneys at Law
1 N. Dearborn Suite 1200
Chicago, IL 60602